**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
KAREEM NISBETT, *Individually and on behalf of* :
*all other persons similarly situated*,
:
:
Plaintiffs, :
:
-against- :
:
INTERNATIONAL VAPOR GROUP, LLC d/b/a :
DIRECTVAPOR, :
:
Defendant. :
------------------------------------- x



ORDER

21 Civ. 240 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: March 16, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge